MR. JUSTICE HASWELL,
(dissenting):
I dissent. This is the second time in the past month that a majority of this Court has reversed a jury determination *222 concerning negligence and proximate cause. See: Erickson v. Perrett, Mont. 545 P.2d 1074, 33 St. Rep. 109.
In the instant case the majority has decided as a matter of law that plaintiff was not guilty of contributory negligence when she stopped on a curve in the highway rather than completing a left turn onto a side road. Whether this conduct constituted ordinary care under all the circumstances of the case was for the jury to decide. So was the question of proximate cause. Where different conclusions are possible under the evidence, the court may not decide liability as a matter of law. These are my views of the law.
I would affirm the judgment based on the jury verdict.